```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ROSELINE ATKINSON,                                                  JUDGMENT
                                                                    02-CV- 2713 (SJ)
                        Plaintiff,

    -against-


NEW YORK CITY BOARD OF EDUCATION,


                        Defendant.
----------------------------------------------------------------X
```

A Memorandum and Order of Honorable Sterling Johnson Jr., United States District Judge, having been filed on May 12, 2005, granting defendants' motion for summary judgment; and dismissing plaintiff's complaint in its entirety; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that defendant's motion for summary judgment is granted; and that plaintiff's complaint is dismissed in its entirety.


Dated: Brooklyn, New York
       May 12, 2005

                                                      ROBERT C. HEINEMANN
                                                      Clerk of Court